UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HOWARD ANTHONY BROWN, ET AL. | * * * | DOCKET NO.: 2:17-CV-9627 |
| | * | JUDGE JANE TRICHE MILAZZO |
| VERSUS | * * | |
| | * | MAGISTRATE JUDGE KAREN |
| TOM SCHEDLER, ET AL | * * | WELLS ROBY |

*************************************************************************

### MOTION TO DISMISS ON BEHALF ON DEFENDANTS JAMES F. MCKAY, III, EDWIN LOMBARD, DANIEL L. DYSART, ROSEMARY LEDET, PAULA A. BROWN, AND KERN REESE

**NOW INTO COURT**, through undersigned counsel, come Defendants **James F. McKay, III**, **Edwin Lombard**, **Daniel L. Dysart**, **Rosemary LeDet**, and **Paula A. Brown**, all judges of the Louisiana 4th Circuit Court of Appeal and **Kern Reese**, judge of the Civil District Court, who move to dismiss plaintiff's complaint and amended complaint under FRCP Rules 12(b)(1) and 12(b)(6) as follows:

1.

Money damages are not available relief under the Voting Rights Act.

2.

The plaintiff's claims are barred by judicial immunity.

3.

This court lacks jurisdiction under the *Rooker-Feldman* doctrine.

**WHEREFORE**, Movers pray that this motion be granted and plaintiff's complaint be dismissed, with prejudice, at plaintiff's cost.

Respectfully submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

**BY:**     /s/ *David G. Sanders*
DAVID G. SANDERS, (Bar Roll #11696)
ASSISTANT ATTORNEY GENERAL
Louisiana Department of Justice
Litigation Division
Post Office Box 94005
Baton Rouge, Louisiana  70804-9005
Telephone:  (225) 326-6300
Facsimile:  (225) 326-6491
Email: sandersd@ag.louisiana.gov

*Counsel of Record for Defendants - Judges James F. McKay, III, Edwin Lombard, Daniel L. Dysart, Rosemary LeDet, Paula Brown, and Kern A. Reese*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served upon all parties to this proceeding by CM/ECF notification, and to non CM/ECF participants, by first class United States Mail, properly addressed and postage prepaid.

| **U. S. Mail Service:** | **CM/ECF Service:** |
| --- | --- |
| Howard Anthony Brown<br>4711 Marque Drive<br>New Orleans, LA  70127<br>*Pro Se Plaintiff* | Celia R. Cangelosi<br>Email: Celiacan@bellsouth.Net<br>*Counsel for Tom Schedler* |
| Belden Batiste<br>1421 North Miro<br>New Orleans, LA 70119<br>*Pro Se Plaintiff* | Christina B. Peck<br>Email: Cpeck@roedelparsons.com<br>**and**<br>Sheri M. Morris<br>Email: Smorris@roedelparsons.com<br>*Counsel for Defendant Jeff Landry* |

Baton Rouge, Louisiana on this 26th day of October, 2017.

*/s/ David G. Sanders*