**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**




Howard Anthony Brown
And Belden Batiste
**Plaintiff**

Civil Action No. 17-9627

JTM-KWR

**-Vs-**

TOM SCHEDLER, in his official capacity as Secretary of State;
JEFF LANDRY, in his official capacity as Attorney General;
Judge JAMES F. MCKAY, III, Judge EDWIN LOMBARD,
Judge DANIEL L. DYSART, Judge ROSEMARY LEDET,
Judge PAULA A. BROWN and Judge KERN A. REESE,
in their official capacities

**Defendants**

MOTION FOR ENTRY OF DEFAULT, PURSUANT FED. R. CIV. P. 55 (a)

**COMES NOW INTO COURT**, *in proper person* Plaintiffs Howard Anthony Brown and Belden Batiste. Pursuant to Federal Civil Judicial Procedure and Rules, Rule 55 (a) to move for Entry of Default against Defendants, Judge JAMES F. MCKAY, III; Judge EDWIN LOMBARD; Judge DANIEL L. DYSART; Judge ROSEMARY LEDET; Judge PAULA BROWN and Judge KERN A. REESE on the following basis:

1.

The Judicial Procedure and Rules, Rule 12 (a) (1) (A) (i) requires that defendants file an Answer within 20 days of being served unless another time is specified; Defendants have failed to appear, plead or otherwise defend.

___ Fee ________
___ Process ________
X Dktd ________
___ CtRmDep ________
___ Doc. No. ________

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 25th Day of October, 2017, I placed a true and correct copy of the foregoing MOTION FOR ENTRY OF DEFAULT, PURSUANT TO FED. R. CIV. P., RULE 55(a) in the United States Mail and forward to defendants at the following address:

Judges, JAMES F. MCKAY, III; EDWIN LOMBARD;
DANIEL L. DYSART; ROSEMARY LEDET
and PAULA A. BROWN
400 Royal Street
New Orleans, Louisiana 70130

and

Judge KERN A. REESE
4824 Bancroft Drive
New Orleans, Louisiana 70122

Howard Anthony Brown
4711 MARQUE DR N.O. LA 70127
504-251-1203

Belden Batiste
1421 N. MiRo 70119
504872-5056