**AFFIDAVIT OF** Howard Anthony Brown and Belden Batiste

STATE OF LOUISIANA                                    PARISH OF ORLEANS

I, Howard Anthony Brown and Belden Batiste being duly sworn, do aver the following:

1. That we are the Plaintiffs in Civil Action Number 17-9627

2. That on September 27, 2017 Judge KERN A. REESE and Judge JAMES F. MCKAY, III were personally served and did receive a copy of the summons and complaint in this case.

3. That on September 27, 2017 Judge EDWIN LOMBARD, Judge DANIEL L. DYSART, Judge ROSEMARY LEDET and Judge PAULA A. BROWN were served through authorized agent and did receive a copy of the summons and complaint in this case.

4. The named defendants Judge JAMES F. MCKAY, III; Judge EDWIN LOMBARD; Judge DANIEL L. DYSART; Judge ROSEMARY LEDET; Judge PAULA BROWN and Judge KERN A. REESE. Has not filed an Answer in this case in the time specified by law.

5. That the requisite time has elapsed without responsive pleading from defendants.

6. That plaintiffs are entitled to the relief requested in the Original Complaint.

_____
Howard Anthony Brown

_____
Belden Batiste

Subscribed and sworn before me on this the 25 Day of October, 2017 at New Orleans, Louisiana.

My Commission expires: At Death  _____

LOUIS A. GERDES Jr
NOTARY # 23800