UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

*Howard Anthony Brown*
*Belden Batiste*
**PLAINTIFF(S)**

**VERSUS**

*Tom Schedler, et al.*
**DEFENDANT(S)**

CIVIL ACTION

No. *17-9627*

SECTION: *STM-KWR*

## ORDER

Considering the Motion *for Entry of Default*,

IT IS ORDERED that the Motion is GRANTED.

New Orleans, Louisiana, this _____ day of _____, 20____.

_____
U.S. DISTRICT *Clerk of Court*