UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Howard Anthony Brown
And Belden Batiste
**Plaintiff**

Civil Action No. 17-9627

JTM-KWR

-Vs-

TOM SCHEDLER, in his official capacity as Secretary of State;
JEFF LANDRY, in his official capacity as Attorney General;
Judge JAMES F. MCKAY, III, Judge EDWIN LOMBARD,
Judge DANIEL L. DYSART, Judge ROSEMARY LEDET,
Judge PAULA A. BROWN and Judge KERN A. REESE,
in their official capacities

**Defendants**

### MOTION FOR DEFAULT JUDGMENT, PURSUANT FED. R. CIV. P. 55 (b) (1)

**COMES NOW INTO COURT**, in proper person Plaintiffs Howard Anthony Brown and Belden Batiste Pursuant to Federal Civil Judicial Procedure and Rules, Rule 55(b) (1) to request that the Clerk of Court enter Default Judgment against Defendants Judge JAMES F. MCKAY, III; Judge EDWIN LOMBARD; Judge DANIEL L. DYSART; Judge ROSEMARY LEDET; Judge PAULA BROWN and Judge KERN A. REESE on the following basis:

1.

In accordance with the requirement of FED. R. CIV. P., Rule 55 (b)(1), Howard Anthony Brown and Belden Batiste has submitted an Affidavit showing the amount of damages to which they are entitled to from the Defendants Judge JAMES F. MCKAY, III; Judge EDWIN LOMBARD; Judge DANIEL L. DYSART; Judge ROSEMARY LEDET; Judge PAULA BROWN and Judge KERN A. REESE.

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___

2.

Defendants are liable to plaintiffs for the total sum certain of 6/8 of the 10,000,000.00 sought in this litigation, and in the alternate be mandated to implement the other types of relief in the form of issuing a Declaratory Judgment that the defendants policies and practice violate plaintiffs Rights as to participate in the political process as outlined in the Voters Rights Act of 1965, and that Defendants be mandated and their agencies from utilizing any of the Jim Crow Laws against candidates running for public office.

WHEREFORE, for all the above and foregoing Howard Anthony Brown and Belden Batiste request that the Clerk of Court to enter a Default Judgment against Defendants Judge JAMES F. MCKAY, III; Judge EDWIN LOMBARD; Judge DANIEL L. DYSART; Judge ROSEMARY LEDET; Judge PAULA BROWN and Judge KERN A. REESE. Pursuant to Federal Civil Judicial Procedure and Rules, Rule 55(b) (1).

Done this 25th Day of October 2017 at Orleans, Louisiana.

RESPECTFULLY SUBMITTED BY:

Howard Anthony Brown, 4711 MARQUE DR. N.O. LA 70127, 504 251-1203

Belden Batiste
1421 N. MIRO 70119 N.O. LA
504-872-5056

## CERTIFICATE OF SERVICE

I hereby certify that on this the 25th Day of October, 2017, I placed a true and correct copy of the foregoing MOTION FOR DEFAULT JUDGMENT, PURSUANT TO FED. R. CIV. P., RULE 55(b) (1) in the United States Mail and forward to defendants at the following address:

Judges, JAMES F. MCKAY, III; EDWIN LOMBARD;
DANIEL L. DYSART; ROSEMARY LEDET
and PAULA A. BROWN
400 Royal Street
New Orleans, Louisiana 70130

and

Judge KERN A. REESE
4824 Bancroft Drive
New Orleans, Louisiana 70122

_____
Howard Anthony Brown

_____
Belden Batiste