UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Howard Anthony Brown
And Belden Batiste                                              Civil Action No. 17-9627
**Plaintiff**

                                                                                                                                      JTM-KWR

-Vs-

TOM SCHEDLER, in his official capacity as Secretary of State;
JEFF LANDRY, in his official capacity as Attorney General;
Judge JAMES F. MCKAY, III, Judge EDWIN LOMBARD,
Judge DANIEL L. DYSART, Judge ROSEMARY LEDET,
Judge PAULA A. BROWN and Judge KERN A. REESE,
in their official capacities

**Defendants**

## ORDER

Considering the Motion for Default Judgment, Pursuant to Federal Rule of Civil Procedure 55 (b)(1).

**IT IS HEREBY ORDERED** that the Motion is granted.

New Orleans, Louisiana, this _____ day of _____, 20_____.

_____
U.S. DISTRIST JUDGE/ MAGISTRATE JUDGE