UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HOWARD ANTHONY BROWN ET AL | CIVIL ACTION |
| VERSUS | CASE NO. 17-9627 |
| TOM SCHEDLER ET AL | SEC. "H"(4) |

### ORDER

Considering the plaintiffs' Motion for Entry of Default (Doc. 10);

**IT IS HEREBY ORDERED** that the foregoing Motion is **DENIED**. Defendants, Paula Brown, Daniel L Dysart, Rosemary Ledet, Edwin Lombard, James F McKay, III and Kern A Reese have since joined in this matter and filed a Motion to Dismiss on October 26, 2017 as Rec. Doc. 9.

New Orleans, LA this 31st day of October, 2017.

William W. Blevins, Clerk of Court

*Erin Mouledous*
Deputy Clerk, Erin Mouledous