UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HOWARD ANTHONY BROWN ET AL | CIVIL ACTION |
| VERSUS | CASE NO. 17-9627 |
| TOM SCHEDLER ET AL | SEC. "H"(4) |

## ORDER

Considering the Court's Order denying plaintiffs' Motion for Entry of Default (Doc. 12);

**IT IS ORDERED** that plaintiffs' Motion for Default Judgment (Rec. Doc. 11) is hereby **DENIED AS MOOT.**

New Orleans, LA this 31st day of October, 2017.

Honorable Jane Triche Milazzo
United States District Judge