UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**HOWARD ANTHONY BROWN and**          Civil Action No. 17- 09627
**BELDEN BATISTE**

vs.          JTM-KWR

**TOM SCHEDLER**, ET AL.

### MOTIONS TO DISMISS COMPLAINT FOR DAMAGES AND INJUNCTIVE AND DECLARATORY RELIEF AND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE AND DECLARATORY RELIEF ON BEHALF OF ATTORNEY GENERAL JEFF LANDRY

**NOW INTO COURT**, through undersigned counsel, comes Defendant Jeff Landry, in his official capacity as Attorney General of the State of Louisiana ("Attorney General Landry"), who moves this Court to dismiss the plaintiffs' Complaint For Damages and Injunctive and Declaratory Relief (hereafter the "Complaint")[1] and Amended Complaint For Damages and Injunctive and Declaratory Relief (hereafter the "Amended Complaint"),[2] under FRCP 12(b)(1) and 12(b)(6), for the following reasons:

1.

The Court lacks subject matter jurisdiction over this matter under 28 U.S.C. §1332. Based on the allegations of the Complaint and Amended Complaint, each of the Plaintiffs is a citizen of the State of Louisiana. The Defendants are the Secretary of State of Louisiana, the Attorney General of the State of Louisiana, five (5) judges who serve on the Louisiana Fourth Circuit Court of Appeal, and one (1) judge who serves on the Civil District Court of Orleans Parish all of whom are citizens of the State of Louisiana. There is no diversity of citizenship between the Plaintiffs and the Defendants. (FRCP 12(b)(1))

---

[1] Doc.1.
[2] Doc. 4.

2.

This Court lacks subject matter jurisdiction under the *Rooker-Feldman* doctrine. (FRCP 12(b)(1)).

3.

The Court lacks subject matter jurisdiction over the claims brought pursuant to the Louisiana Constitution of 1974 and other state law claims. The Eleventh Amendment bars claims against states brought in federal court except where federal law clearly abrogates the states' sovereign immunity, or when the states themselves voluntarily waive immunity. The Plaintiffs' state law claims are barred by the Eleventh Amendment. (FRCP 12(b)(1)).

4.

The Plaintiffs' request for an immediate injunction against Defendants to return Plaintiffs names back on the ballot for the October 14, 2017 election is moot. The October 14, 2017 election has already occurred, and the results of the October 14, 2017 election have been certified. (FRCP 12(b)(1)).

5.

The Complaint and Amended Complaint fail to state a claim for which relief can be granted as prayed for, including but not limited to, claims for compensatory damages and claims for declaratory and injunctive relief under Section 5 of the Voting Rights, 42 U.S.C. §1973c. (FRCP 12(b)(6)).

6.

Compensatory damages are not an available remedy for claims brought under the Voting

Rights Act of 1965, as amended, 42 U.S.C. §1973 *et seq.*

7.

The Complaint and Amended Complaint also fail to state a claim for declaratory and injunctive relief under Section 5 of the Voting Rights Act of 1965.

8.

Attorney General Landry files these Motions to Dismiss without waiving any defenses, known or unknown and reserving the right to amend and supplement this motion should/as this matter progresses.

**WHEREFORE,** Defendant Jeff Landry prays that these Motions to Dismiss be granted, and Plaintiffs' Complaint (Doc. 1) and Amended Complaint (Doc. 4) be dismissed with prejudice and at Plaintiffs' cost.

          Respectfully Submitted:

          /s/ **Christina B. Peck**
          Christina B. Peck (T.A.) (La. Bar #14302)
          Email: cpeck@roedelparsons.com
          Sheri M. Morris (La. Bar #20937)
          Email: smorris@roedelparsons.com
          ROEDEL PARSONS, KOCH, BLACHE,
          BALHOFF & MCCOLLISTER, A.L.C.
          8440 Jefferson Highway, Suite 301
          Baton Rouge, Louisiana 70809-7652
          Tele: 225/929-7033; Facsimile: 225/928-4925

          *Counsel for Defendant Jeff Landry,*
          *Attorney General of the State of Louisiana*

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2017, the foregoing "Motions to Dismiss Complaint For Damages and Injunctive and Declaratory Relief and Amended Complaint For Damages and Injunctive and Declaratory Relief on Behalf of Attorney General Jeff Landry" was filed electronically with the Clerk of Court using the CM/ECF system. All counsel will be served through the CM/ECF system.

I further certify that a copy of the above and foregoing "Motions to Dismiss Complaint For Damages and Injunctive and Declaratory Relief and Amended Complaint For Damages and Injunctive and Declaratory Relief on Behalf of Attorney General Jeff Landry" was sent via U.S. Mail, properly addressed and with the proper postage, to the following non-CM/ECF participants, who are pro se litigants:

> Howard Anthony Brown
> 4711 Marque Drive
> New Orleans, LA 70127
>
> Belden Batiste
> 1421 North Miro
> New Orleans, LA 70119.

Baton Rouge, Louisiana, this 15th of November, 2017.

> s/ Christina B. Peck
> CHRISTINA B. PECK