UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**HOWARD ANTHONY BROWN and**          **Civil Action No. 17- 09627**
**BELDEN BATISTE**

**vs**.          **JTM-KWR**

**TOM SCHEDLER**, **ET AL.**

## ORDER

Considering the Motions to Dismiss Complaint For Damages and Injunctive and Declaratory Relief and Amended Complaint For Damages and Injunctive and Declaratory Relief on Behalf of Attorney General Jeff Landry;

**IT IS HEREBY ORDERED** that the Motions to Dismiss Complaint For Damages and Injunctive and Declaratory Relief and Amended Complaint For Damages and Injunctive and Declaratory Relief on Behalf of Attorney General Jeff Landry shall be heard on _____, 2017 at ____.m., before the Honorable Jane Triche Milazzo, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, Courtroom C224, New Orleans, Louisiana.

New Orleans, Louisiana, this ___ day of _____, 2017.

_____
**JANE TRICHE MILAZZO, JUDGE**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2017, the foregoing "Order" was filed electronically with the Clerk of Court using the CM/ECF system. All counsel will be served through the CM/ECF system.

I further certify that a copy of the above and foregoing "Order" was sent via U.S. Mail, properly addressed and with the proper postage, to the following non-CM/ECF participants, who are pro se litigants:

Howard Anthony Brown
4711 Marque Drive
New Orleans, LA 70127

Belden Batiste
1421 North Miro
New Orleans, LA 70119.

Baton Rouge, Louisiana, this 15th of November, 2017.

s/ Christina B. Peck
CHRISTINA B. PECK