UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**HOWARD ANTHONY BROWN and**          Civil Action No. 17- 09627
**BELDEN BATISTE**

vs.          JTM-KWR

**TOM SCHEDLER**, ET AL.

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE**, that the undersigned will bring the foregoing Motions to Dismiss Complaint For Damages and Injunctive and Declaratory Relief and Amended Complaint For Damages and Injunctive and Declaratory Relief on Behalf of Attorney General Jeff Landry, before the **Honorable Jane Triche Millazo, United States District Court, Eastern District of Louisiana, 500 Poydras Street, Courtroom C224, New Orleans, Louisiana, on December 13, 2017 at 9:30 a.m.**

Pursuant to Local Rule 78.1, counsel for Attorney General Jeff Landry has filed a written Request for Oral Argument for these Motions.

         Respectfully Submitted:

         /s/ **Christina B. Peck**
         Christina B. Peck (T.A.) (La. Bar #14302)
         Email: cpeck@roedelparsons.com
         Sheri M. Morris (La. Bar #20937)
         Email: smorris@roedelparsons.com
         ROEDEL PARSONS, KOCH, BLACHE,
         BALHOFF & MCCOLLISTER, A.L.C.
         8440 Jefferson Highway, Suite 301
         Baton Rouge, Louisiana 70809-7652
         Tele: 225/929-7033; Facsimile: 225/928-4925

         *Counsel for Defendant Jeff Landry,*
         *Attorney General of the State of Louisiana*

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2017, the foregoing "Notice of Submission" was filed electronically with the Clerk of Court using the CM/ECF system. All counsel will be served through the CM/ECF system.

I further certify that a copy of the above and foregoing "Notice of Submission" was sent via U.S. Mail, properly addressed and with the proper postage, to the following non-CM/ECF participants, who are pro se litigants:

>Howard Anthony Brown
>4711 Marque Drive
>New Orleans, LA 70127
>
>Belden Batiste
>1421 North Miro
>New Orleans, LA 70119.

Baton Rouge, Louisiana, this 16th of November, 2017.

>s/ Christina B. Peck
>CHRISTINA B. PECK