UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

Howard Anthony Brown and
Belden Batiste

Vs.

TOM SCHEDLER, ET AL.

Civil Action No. 17-09627

JTM-KWR

*U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA FILED DEC 11 2017 WILLIAM W. BLEVINS CLERK*

## OPPOSITION TO MOTIONS TO DISMISS FILED BY DEFENDANTS, TOM SCEHDLER, IN HIS CAPACITY AS LOUISIANA SECRETARY OF STATE

INTO THIS COURT, comes Howard Anthony Brown and Belden Batiste, ( Collectively the Plaintiffs), who request that this court denies the Defendant, TOM SCHEDLER Motion to Dismiss Filed by Defendant, TOM SCHEDLER, In His Capacity As Louisiana Secretary of State, for the following reasons outlined in the adjoining Memorandum in Support of Opposition to Motion to Dismiss filed by Defendant.

**WHEREFORE,** the Plaintiffs request that the Motion to Dismiss be denied and that the complaint should be allowed to proceed on its merits.

Respectfully Submitted,

_____
Howard Anthony Brown, Pro Se
4711 Marque Drive
New Orleans, Louisiana 70127
(504) 251-1203

And

_____
Belden Batiste
1421 North Miro
New Orleans, Louisiana 70119
(504) 251-1203

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2017, the foregoing "Opposition to Motions to Dismiss Filed by Defendants, TOM SCHEDLER, In His Capacity as Louisiana Secretary of State" was hand delivered to the Clerk of Court and a copy emailed to the Counsels of Record for the Defendants.

I further certify that a copy of the above and foregoing "Opposition to Motions to Dismiss Filed By Defendants, TOM SCHEDLER , In His Capacity As Louisiana Secretary of State" was sent via U.S. Mail, properly address and with proper postage to the Counsels of Record:

Christina B. Peck (T.A.) (La. Bar # 14302)
Email: cpeck@roedelparsons.com
8440 Jefferson Highway, Suite 301
Baton Rouge, Louisiana 70809-7652
Attorney for Defendant Jeff Landry

Celia R. Cangelosi
Email: celiacan@bellsouth.net
5551 Corporate Blvd., Suite 101
Baton Rouge, Louisiana 70808
Attorney for Defendant Tom Schedler

David Glen Sanders
Email: sandersd@ag.louisiana.gov
1885 North 3rd Street
Baton Rouge, Louisiana 70804-9005
Attorney for Defendant Judges

Respectfully Submitted,

_____
Howard Anthony Brown, Pro Se
4711 Marque Drive
New Orleans, Louisiana 70127
(504) 251-1203

And

_____
Belden Batiste
1421 North Miro
New Orleans, Louisiana 70119
(504) 251-1203