MINUTE ENTRY
MILAZZO, J.
JANUARY 3, 2018

JS-10: 00:43

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HOWARD ANTHONY BROWN ET AL | CIVIL ACTION |
| VERSUS | NO. 17-9627 |
| TOM SCHEDLER ET AL | SECTION "H" |

## ORAL ARGUMENT

CASE MANAGER: ERIN MOULEDOUS
COURT REPORTER: KAREN IBOS
LAW CLERK: EMMY SCHROETER

APPEARANCES:   Howard Anthony Brown, Pro Se plaintiff
Belden Batiste, Pro Se plaintiff
Celia R. Cangelosi, for defendant, Tom Schedler
Christina Berthelot Peck, for defendant, Jeff Landry

Court begins at 9:35 a.m.

The parties make their appearances for the record.

Tom Schedler's MOTION to Dismiss (Rec. Doc. 16) & Jeff Landry's Motion to Dismiss (Rec. Doc. 18) are argued and taken under submission by the Court.

Court adjourned at 10:18 a.m.

