UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HOWARD BROWN ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 17-9627** |
| **TOM SCHEDLER ET AL.** | **SECTION: "H"** |

### ORDER

Before the Court is Plaintiffs' Motion to Disqualify District Judge (Doc. 26). Plaintiffs have brought to this Court's attention that the undersigned's son was the plaintiff in a previous action to disqualify a candidate for state election pursuant to Louisiana Revised Statutes § 18:463(A)(2)(a)(iv), the validity of which is at issue in this case. Additionally, undersigned's son is currently a candidate for state election and is subject to this same statute.

Accordingly;

**IT IS ORDERED** that Plaintiffs' Motion is **GRANTED**, and the undersigned **RECUSES** herself from this matter in order to avoid any appearance of impropriety pursuant to 28 U.S.C. § 455.

New Orleans, Louisiana, on this 8th day of January, 2018.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**



1/11/18
REALLOTTED TO
SECT. E