UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

Howard Anthony Brown ET AL.　　　　　　　　　　　　Civil Action No: 17-9627

VERSUS　　　　　　　　　　　　　　　　　　　　　　SECTION: "E"

TOM SCHEDLER, ET AL.　　　　　　　　　　　　　　　Judge Susie Morgan

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED JAN 29 2018
WILLIAM W. BLEVINS
CLERK

**MOTION FOR RULING ON NOTICE OF SUBMISSION
AND MEMORANDUM OF LAW IN SUPPORT THEREOF**

NOW INTO THIS COURT, comes Howard Anthony Brown and Belden Batiste, Plaintiffs in the above caption matter. Who moves this Court to render a ruling on the Motion to Strike as indicated on the Docket as Number 14.

As the record will show on 10/25/2017, Plaintiffs filed a Motion for Entry of Default against the named Defendant - Judges PAULA A. BROWN, DANIEL L. DYSART, ROSEMARY LEDET, EDWIN LOMBARD, JAMES F MCKAY,III AND KERN REESE, ( Appears on the Docket as Number 10). The named defendants then filed a Motion to Dismiss, For Failure to State a Claim (indicated on the Docket as Number 9). An order denying the Motion for Entry of Default was signed by the Clerk "in error" (indicated on the Docket as Number 12).

Plaintiffs then subsequently filed a Motion to Strike the defendants motion as (indicated on the Docket as Number 14). And to which a Notice of Submission was set for submission on the 11/29/2017 at 9:30a.m. This docket reflects no indication as to any order / ruling on the Motion to Strike as it was submitted nor does this docket indicates any order/ ruling, as to the herein named defendants Motion to Dismiss.

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___

1

**WHEREFORE** the Plaintiffs request that this Court look at the record and make a ruling as to the Plaintiffs Motion to Strike.

Respectfully Submitted,

_____
Howard Anthony Brown, Pro Se
4711 Marque Drive
New Orleans, Louisiana 70127
(504) 251-1203

And

_____
Belden Batiste
1421 North Miro
New Orleans, Louisiana 70119
(504) 251-1203

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been served upon all parties or attorneys of record to this proceeding by email and by placing a properly addressed and postage first class in the U.S. Postal Service. On this 29 day, of January 2017.

**U.S. Mail Service**

DAVID G. SANDERS, (Bar Roll # 11696)
ASSISTANT ATTORNEY GENERAL
Post Office Box 94005
Baton Rouge, Louisiana 70804-9005
Telephone: (225) 326-6300
*Counsel for Defendants Judges*

CELIA R. CANGELOSI
Email: Celiacan@bellsouth.net
*Counsel for Tom Schedler*

Christina B. Peck
Email: Cpeck@roedelparsons.com
*Counsel for Defendant Jeff Landry*

/s/ Howard Anthony Brown
/s/ Belden Batiste

2