UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HOWARD ANTHONY BROWN, ET AL.,**   **PlaintiffS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-9627** |
| **TOM SCHEDLER, ET AL.,**   **Defendants** | **SECTION: "E" (4)** |

## J U D G M E N T

Considering the Court's Order and Reasons entered April 26, 2018[1];

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of Defendants James F. McKay, III, Edwin Lombard, Daniel L. Dysart, Rosemary Ledet, Paula Brown, and Kern A. Reese, and against Plaintiffs Howard Anthony Brown and Belden Batiste.

And further considering the Court's Order and Reasons entered May 3, 2018[2];

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of Defendants Tom Schedler and Jeff Landry, and against Plaintiffs Howard Anthony Brown and Belden Batiste.

**New Orleans, Louisiana, this 3rd day of May, 2018.**

*Susie Morgan*
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 36.
[2] R. Doc. 37.